```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/27/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HELENA WHITE,

                Plaintiff,

-against-

SENSIO, INC.,

                Defendant.

24-CV-01181 (MMG)

**ORDER**

MARGARET M. GARNETT, United States District Judge:

      On May 21, 2024, the Court entered the Civil Case Management Plan and Scheduling Order in this action. Dkt. No. 19. The Court has twice granted extensions of time to complete discovery. *See* Dkt. Nos. 24 & 30. On November 1, 2024, the Court set new deadlines of January 16, 2025 to complete fact discovery and March 4, 2025 to complete expert discovery, and scheduled a post-discovery conference for Tuesday, April 1, 2025, at 9:30 a.m. Dkt. No. 30. No requests for further extensions of this schedule have been made or granted. The November 1 Order also directed the parties to file either pre-motion letter(s) regarding summary judgment, no later than March 18, 2025, or a joint letter, no later than March 25, 2025, pursuant to the Court's Individual Rules & Practices. To date, the Court has not received **any** such submissions.

      Accordingly, in order to conserve the Court's time and resources despite the dilatoriness of counsel, it is hereby ORDERED that the post-discovery conference is ADJOURNED to **Tuesday, April 22, 2025, at 11:00 a.m.** The conference shall be held in-person in Courtroom 906 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, NY 10007. The parties are directed, once again, to file any pre-motion letter(s) regarding summary judgment no later than **April 8, 2025**, and responses or oppositions to any pre-motion letter no later than **April 15, 2025**; or, should no party file a pre-motion letter, a joint letter no later than **April 15, 2025**.

      If the matter has been settled in principle or otherwise resolved, counsel shall promptly so inform the Court.

Dated: March 27, 2025
       New York, New York

                                      SO ORDERED.

                                      MARGARET M. GARNETT
                                      United States District Judge