```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/28/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HELENA WHITE,

                Plaintiff,

-against-

SENSIO, INC.,

                Defendant.

24-CV-01181 (MMG)

**ORDER**

MARGARET M. GARNETT, United States District Judge:

    It is hereby ORDERED that the close of fact discovery shall be extended to **June 27, 2025**, and the close of expert discovery shall be extended to **July 25, 2025**, *nunc pro tunc*.

    It is further ORDERED that the jury trial in this action shall begin on **Monday, November 3, 2025**. In accordance with and as further provided in the Court's Individual Rules & Practices, the parties shall:

- File a Joint Pretrial Order and any motions *in limine* on or before **October 6, 2025**;
- File joint proposed *voir dire* questions, requests to charge, and a verdict sheet on or before **October 20, 2025**;
- Appear for a Final Pretrial Conference on **Tuesday, October 28, 2025, at 9:30 a.m.** in Courtroom 906 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, NY 10007; and
- Deliver hard copies and electronic copies of their exhibits and exhibit lists to the Court on or before **October 31, 2025**.

    The parties shall also email the Court at GarnettNYSDChambers@nysd.uscourts.gov to arrange their courtroom technology walkthrough, which can be arranged either just before or just after the Final Pretrial Conference.

    Finally, as discussed at the April 22, 2025 conference, should the parties believe that either a referral for a settlement conference before Magistrate Judge Cave or to the Court-annexed mediation program would be helpful to resolving this action, the parties may file a joint letter requesting such referral at any time.

Dated: April 28, 2025
       New York, New York                      SO ORDERED.

                                                          MARGARET M. GARNETT
                                                          United States District Judge